William Carter and others. C. H. Stoddard, for appellants. L. M. Isaacs, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FREES, Respondent, v. BERNSTEIN, Appellant. (Supreme Court, Appellate Division, Third Department. May 21, 1909.) Action by Chauncey A. Frees against Sol. Bernstein. No opinion. Motion denied.

FREITAG, Appellant, v. VAN WELL, Respondent. (Supreme Court, Appellate Division, Second Department. October 22, 1909.) Action by William A. Freitag, an infant, etc., against Henry Van Well. No opinion. Motion denied, with $10 costs.

FRIEDEBERG et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Theodor Friedeberg and another against the City of New York. D. H. Arnold, for appellants. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FRITH et al., Respondents, v. FRITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 15, 1909.) Action by Emerentiana Frith and another against Anna Frith, administratrix, etc. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

FRITH et al. v. PEOPLE'S TRUST CO. et al. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Emerentiana Frith and another against the People's Trust Company and Anna Frith, administratrix.
PER CURIAM. The Presiding Justice was entitled to vote as a sitting member of the court on the day of the argument, whether actually present during the entire argument or not. Code Civ. Proc. § 46. Motion for resettlement denied.

In re FROST. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) In the matter of the application of Ralph Aldom Frost for admission to the bar. No opinion. Application granted.

FUCHS v. SALADINO. THOMPSON v. STANDARD FASHION CO. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Gertrude Fuchs against Domenick Saladino and by Cora D. Thompson against the Standard Fashion Company. No opinions. Motions denied, with $10 costs. Orders filed. See, also, 118 N. Y. Supp. 172.

FULLER et al., Respondents, v. O'KEEFE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1909.) Action by William F. Fuller and James M. Fuller, individually and as executors, etc., and others, against Mary O'Keefe and another. No opinion. Judgment and order affirmed, with costs.

FULLER et al., Respondents, v. PHILIPPINE SUGAR ESTATES DEVELOPMENT CO., Limited, Appellant. (Supreme Court, Appellate Division, First Department. July 13, 1909.) Action by Paul Fuller and others against the Philippine Sugar Estates Development Company, Limited. J. Halstead, for appellant. E. B. Whitney, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

FULTS, Appellant, v. MUNROE, Respondent. (Supreme Court, Appellate Division, Fourth Department. October 20, 1909.) Action by Kittie Fults against John C. Munroe. No opinion. Judgment affirmed, with costs.

FUNDA, Respondent, v. BETTS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. July 6, 1909.) Action by Henry Funda against Samuel T. Betts and others. No opinion. Judgment affirmed, with costs.

GALIZIO, Respondent, v. McGUIRE, Appellant, et al. (Supreme Court, Appellate Division, First Department. June 25, 1909.) Action by Francisco Galizio, as administratrix, against Mary McGuire, impleaded. E. D. Blair, for appellant. A. D. Pape, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GALLAGHER v. GALLAGHER. (Supreme Court, Appellate Division, First Department. October 15, 1909.) Action by Patrick Gallagher against Mary Gallagher. No opinion. Motion granted. Settle order on notice.

GALLAGHER, Respondent, v. RUPPERT, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1909.) Action by Peter J. Gallagher, an infant, by Peter Gallagher, his guardian ad litem, against Jacob Ruppert. No opinion. Judgment and order unanimously affirmed, with costs.

GARVEY, Respondent, v. OLDBURY ELECTRO-CHEMICAL CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 26, 1909.) Action by Edward Garvey against the Oldbury Electro-Chemical Company. No opinion. Motion to dismiss appeal denied, with $10 costs.

GAULDIN, Respondent, v. UNDERWOOD, Appellant. (Supreme Court, Appellate Division, Second Department. October 8, 1909.) Action by Louisa Gauldin, as administratrix, etc., of William Gauldin, deceased, against John T. Un-